**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6789**

---

NATHANIEL L. JOYNER, a/k/a Nathaniel Lee Joyner,

Plaintiff - Appellant,

v.

TOBIAS TURLEY; TRAVON RIDDICK; CHARLOTTE ANN EVANS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:23-ct-03019-D)

---

Submitted:  April 28, 2026                                      Decided:  May 1, 2026

---

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Nathaniel Lee Joyner, Appellant Pro Se.  Caitlin Tellechea Augerson, Sonny Sade Haynes, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina; Elizabeth Pharr McCullough, HALL BOOTH SMITH, P.C., Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Lee Joyner, a North Carolina inmate, appeals the district court's order granting summary judgment to the Defendants in his 42 U.S.C. § 1983 civil action. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Joyner v. Turley*, No. 5:23-ct-03019-D (E.D.N.C. Sep. 2, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*